# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

PETERS CREEK UNITED
PRESBYTERIAN CHURCH

v.

WASHINGTON PRESBYTERY OF
PENNSYLVANIA AND REVEREND L.
RUS HOWARD AND ROBERT J. ELMES

PETITION OF : PETERS CREEK
UNITED PRESBYTERIAN CHURCH AND
REVEREND L. RUS HOWARD AND
ROBERT J. ELMES

: No. 263 WAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:
:
:

RICHARD L. ST. CLAIR, MARY G. ST.
CLAIR, HARRY R. BROBERG, ONA D.
BROBERG, JANET DEGRANGE,
RONALD A. DEGRANGE, JOHN M.
MCMURRAY, CLAIRE V. AGARWAL,
MARIAN H. JOCHEM, RAMAKRISHNA
AGARWAL, CLARK L. GABLE, SUE
SMITH, CAROL GABLE, AUDREY
VANDERAAR, WILLIAM D. HARMON,
JUDY MAYER, GEORGE E. MAYER,
PH.D., JAN FICKTER, BETTY N.
MONAGHAN, EDWARD L. MILLER,
RUTH LEWIS, JAMES L. SIMPSON,
KEVIN L. SCRIVO, ARDETH D.
SIMPSON, WILLIAM B. PHILIPS,
CHRISTINE SCRIVO, VICKIE PHILIPS,
W. BENNETT LEWIS, JILL A. BROWER,
LOUISE H. CARMICHAEL, MARY ANNE
HARMON, J.W. CARMICHAEL,
JACKSON BROWER, JAMES P. LESLIE,
JR., ROSE MARIE LESLIE, REBECCA
HARMON SCHRIEBER, WILLIAM
SHADES, KEITH C. SHADER, CATHY

: No. 264 WAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

SHADER, ALBERT C. BROBERG,            :
KAREN C. BROBERG, TOGETHER            :
CONSTITUTING THE "TRUE CHURCH"        :
OF PETERS CREEK UNITED                :
PRESBYTERIAN CHURCH, AND ON           :
BEHALF OF ALL OTHER MEMBERS OF        :
THE CONGREGATION,                     :
                                      :
        Respondents            :
                                      :
                                      :
        v.                     :
                                      :
                                      :
PETERS CREEK UNITED                   :
PRESBYTERIAN CHURCH,                  :
                                      :
        Petitioner             :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of October, 2014, the Petition for Allowance of Appeal and Motion for Leave to File Answer Nunc Pro Tunc are **DENIED**.